UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

            Plaintiff,

v.                                      Case No. 2:22-cr-20268-BAF-JJCG
                                            Hon. Bernard A. Friedman

Corey Gibbs,

            Defendant,

**ORDER REVOKING BOND**

For the reasons stated on the record at a hearing on 11/16/2022, the bond for Defendant Corey Gibbs is hereby REVOKED and the defendant is REMANDED to the custody of the United States Marshal.

                                            s/Bernard A. Friedman
                                            Bernard A. Friedman
                                            U.S. District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            s/J. Curry-Williams
                                            Case Manager

Dated:   November 16, 2022